1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  JENNIFER GASPAR (CABN 266726)
   Special Assistant United States Attorney
5       1301 Clay Street, Suite 340S
        Oakland, CA 94612
6       Telephone: (510) 637-3680
        Fax: (510) 637-3724
7       E-Mail: jennifer.gaspar@usdoj.gov

8  Attorneys for Plaintiff

9                      UNITED STATES DISTRICT COURT
10                    NORTHERN DISTRICT OF CALIFORNIA
11                            OAKLAND DIVISION
12

13 UNITED STATES OF AMERICA,        )   No. CR 11-00189 SBA
                                    )
14         Plaintiff,                )   STIPULATED REQUEST TO EXCLUDE
                                    )   TIME UNDER THE SPEEDY TRIAL ACT
15      v.                          )   AND TO ALLOW PREPARATION OF A
                                    )   PRE-PLEA PRESENTENCE REPORT
16 RICHARD N. GRUBBS                )
                                    )   Date:       October 5, 2011
17         Defendant.                )   Time:       10:00 a.m.
                                    )
18 _____  )

19      The above-captioned matter is set for October 5, 2011, before this Court for change of

20 plea and sentencing. The parties have reached an agreement pursuant to Rule 11(c)(1)(C) of the

21 Federal Rules of Criminal Procedure and will submit the proposed plea agreement to the Court at

22 the same time as this stipulation to allow time for the Court to consider the proposed plea

23 agreement and for the preparation of a pre-plea Presentence Investigation Report by the United

24 States Probation Office. Defendant agrees that the Court may review the pre-plea Presentence

25 Investigation Report even though he has not yet pleaded guilty. Since the proposed plea

26 agreement has been submitted to the Court, the parties further stipulate and agree that the time

27 between June 28, 2011, and October 5, 2011, should be excluded under the Speedy Trial Act, and

28

STIP. REQ. TO EXCLUDE TIME AND TO ALLOW PREPARATION OF A PRESENTENCE REPORT
CR 11-00189 SBA

specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

DATED: June 28, 2011

  /s/_____    /s/_____
JENNIFER GASPAR                                              JEROME MATTHEWS
Special Assistant United States Attorney        Assistant Federal Public Defender
Counsel for United States                               Counsel for Defendant

      This matter is set for change of plea and sentencing on October 5, 2011, at 10:00 a.m. The parties jointly request that time be excluded under the Speedy Trial Act between June 28, 2011, and October 5, 2011, to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, and to allow time for the preparation of a pre-plea Presentence Investigation Report by the United States Probation Office. Defendant agreed that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

      **IT IS HEREBY ORDERED** that time between June 28, 2011, and October 5, 2011, is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

      **IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a Presentence Investigation Report.

DATED:_____                                _____
                                                                                    HON. SAUNDRA BROWN ARMSTRONG
                                                                                    United States District Judge

STIP. REQ. TO EXCLUDE TIME AND TO ALLOW PREPARATION OF A PRESENTENCE REPORT
CR 11-00189 SBA