1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone:  (510) 637-3500
5
   Counsel for Defendant RICHARD GRUBBS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-11 00189 SBA |
|---|---|---|
| Plaintiff, | ) | STIPULATION CONTINUING HEARING FOR CHANGE OF PLEA AND SENTENCING |
| vs. | ) | |
| RICHARD GRUBBS, | ) | |
| Defendant. | ) | |

This matter presently is set for Richard Grubbs to change his plea and be sentenced on 7 October 2011.  The parties have tendered a plea agreement under Rule 11(c)(1)(C) and the Court presently has that agreement under consideration.  Defense counsel is not able to appear in Court on the present hearing date, and for that reason, IT IS STIPULATED AND AGREED that the change of plea and sentencing hearing be continued to October 19, 2011, and that time under the Speedy Trial Act continue to be excluded on the grounds that the Court has a proposed plea agreement under consideration,  18 U.S.C. § 3161(h)(1)(G), and for continuity of defense counsel.  18 U.S.C. § 3161(h)(1)((B)(iv).

STIP/ORD                                                         1

Dated: 6 October 2011

/S/
_____
JEROME MATTHEWS
Assistant Federal Public Defender

Dated: 6 October 2011

/S/
_____
JENNIFER GASPAR
Assistant United States Attorney

Good cause appearing therefor, IT IS ORDERED that the change of plea and sentencing hearing, presently scheduled for October 7, 2011, be continued to October 19, 2011 at 10:00 a.m., and that time under the Speedy Trial Act shall continue to be excluded, to and including October 19, 2011, on the grounds that the Court has a proposed plea agreement under consideration, 18 U.S.C. § 3161(h)(1)(G), and for continuity of defense counsel. 18 U.S.C. § 3161(h)(1)((B)(iv).

Dated: October 12, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP/ORD 2